IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JASON BAILEY,

    Plaintiff,

v.                                                        Civ. No. 20-1163 KK

KILOLO KIJAKAZI,
Acting Commissioner of the Social
Security Administration,

    Defendant.

## JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58 and in accordance with the Memorandum Opinion and Order (Doc. 30) granting Plaintiff's Motion to Reverse the Administrative Law Judge (ALJ's) Unfavorable Decision Dated February 27, 2020, or Alternatively, to Remand the Case Back to the Administrative Law Judge (Doc. 22), the Court hereby enters judgment in favor of Plaintiff Jason Bailey and REMANDS this matter to the Commissioner for further proceedings.

_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE
Presiding by Consent